## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-60192-RAR

**LOUIS VUITTON MALLETIER**,

     Plaintiff,

v.

**THE INDIVIDUALS, BUSINESS ENTITIES,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",**

     Defendants.

_____/

### <u>ORDER GRANTING PLAINTIFF'S MOTION FOR FINAL DEFAULT JUDGMENT</u>

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 36] ("Motion").  Plaintiff Louis Vuitton Malletier seeks entry of a default final judgment against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" that operate Internet based e-commerce stores and an interactive photo album that infringe Plaintiff's trademarks and promote and sell counterfeit goods bearing and/or using Plaintiff's trademarks.  *See generally* Mot.  Plaintiff requests the Court: (1) enjoin Defendants from producing or selling goods that infringe on its trademarks; (2) remove the listings and associated images of goods bearing and/or using counterfeits and infringements of Plaintiff's trademarks at issue, and the goods of each Defendant bearing one or more of Plaintiff's trademarks held by the Internet marketplaces be surrendered to Plaintiff; and (3) award statutory damages.  *See generally id.*

A Clerk's Default [ECF No. 33] was entered against Defendants on March 15, 2022, after Defendants failed to respond to the Amended Complaint [ECF No. 23], despite having been

served.  *See* Proof of Service [ECF No. 31].  The Court having considered the record and noting

no opposition to the Motion, it is hereby

     **ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 36] is **GRANTED** for

the reasons stated herein.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a default

final judgment will be entered by separate order.

**BACKGROUND**[1]

**A.**      **Factual Background**

     Plaintiff is the owner of the following trademarks, which are valid and registered on the

Principal Register of the United States Patent and Trademark Office ("Louis Vuitton Marks"):

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
|  | 0,297,594 | September 20, 1932 | IC 018: trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, and pocketbooks. |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 | IC 018: luggage and ladies' handbags. |
|  | 1,519,828 | January 10, 1989 | IC 018: trunks, valises, traveling bags, satchels, hat boxes and shoe boxes used for luggage, hand bags, pocketbooks. |
|  | 1,770,131 | May 11, 1993 | IC 25: clothing for men and women, namely, shawls, sashes, scarves; headgear. |
|  | 1,794,905 | September 28, 1993 | IC 16: stationery, pads of stationery, calendars, indexes for articles made for travellers, notebooks, envelopes; writing paper, office requisites in the nature of writing pads, pencil holders, pen cases, pencil cases, nibs, nibs of gold, inkwells, inkstands. |

---

[1]  The  factual  background  is  taken  from  Plaintiff's  Amended  Complaint,  Motion,  and  supporting Declaration submitted by Plaintiff.

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | IC 25: clothing for men and women; namely belts, shawls, sashes, scarves; footwear headgear. |
| $LV$ | 1,938,808 | November 28, 1995 | IC 014: jewelry, watches and straps for wrist watches.<br><br>IC 024: travel blankets made of textile. |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 | IC 014: watches and straps for wrist watches.<br><br>IC 016: catalogues featuring luggage and travel accessories, bags, small leather goods, and garments; notebooks, anthologies, and pamphlets referring to travel; calendars; telephone indexes; fountain pens, ballpoint pens, nibs, covers for pocket and desk diaries, and checkbook holders.<br><br>IC 018: trunks; traveling trunks; suitcases; traveling bags; luggage; garment bags for travel; hat boxes for travel; shoe bags for travel; umbrellas; animal carriers; rucksacks; haversacks; leather or textile shopping bags; beach bags; handbags; vanity cases sold empty; attache cases; tote bags, travel satchels; clutch bags; briefcases; wallets; pocket wallets; credit card cases; business card cases; bill and card holders; checkbook holders; key cases; change purses; briefcase-type portfolios.<br>IC 024: travel blankets.<br><br>IC 025: shirts; sweatshirts; polo shirts; T-shirts; headwear; jackets; ties; belts; shawls; scarves. |
| ✤ | 2,177,828 | August 4, 1998 | IC 014: goods made of precious metals, namely, shoe ornaments, |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | ornamental pins; jewelry, namely, rings, ear rings, cufflinks, bracelets, charms, necklaces; horological instruments, straps for watches, watches and wrist-watches, and cases for watches.<br><br>IC 018: goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, and credit card cases, umbrellas.<br><br>IC 025: clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots, and sandals. |
|  | 2,181,753 | August 18, 1998 | IC 014: jewelry, namely, rings, ear rings, bracelets, charms, necklaces, horological instruments, straps for watches, watches, and wrist-watches, and cases for watches.<br><br>IC 018: goods made of leather or imitations of leather are not included in other classes, namely, boxes made from leather; trunks, valises, traveling bags, luggage for travel, garment bags for travel, vanity cases sold empty, rucksacks, hand bags, beach bags, shopping bags, shoulder bags, attache cases, |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | briefcases, and fine leather goods, namely, pocket wallets, purses, leather key holders, business card cases, calling card cases, credit card cases, and umbrellas.<br><br>IC 025: clothing and underwear, namely, shirts, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, belts, shoes, boots, and sandals. |
|  | 2,255,321 | June 22, 1999 | IC 25: clothing, and other garments, namely, sweaters, raincoats, rainwear, coats, jackets, ties, clothing belts, footwear. |
| **LV** | 2,361,695 | June 27, 2000 | IC 025: Clothing, namely, sweaters, shirts, sweatshirts, polo shirts, t-shirts, suits, waistcoats, raincoats, skirts, coats, pullovers, trousers, dresses, jackets, shawls, stoles, scarves, neckties, pocket squares, pocket handkerchief squares for wear, gloves, ties, belts, bathing suits, shoes, boots and sandals, and hats. |
| <br>LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 | IC 18: goods made of leather or imitations of leather not included in other classes, namely, boxes of leather  principally used for travel purposes, trunks, valises, traveling bags, * traveling sets for containing cosmetics and jewelry, * handbags, beach bags, shopping bags, shoulder bags, brief cases, pouches, fine leather goods namely, pocket wallets, purses, key cases, business card cases, credit card cases. |
|  | 2,399,161 | October 31, 2000 | IC 25: clothing and underwear, namely, shirts, polo shirts, t-shirts, waistcoats, raincoats, skirts, coats, trousers, dresses, jackets, shawls, |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | stoles, scarves, neckties, gloves, ties, belts, bathing suits, shoes, boots and sandals, hats. |
|  | 2,421,618 | January 16, 2001 | IC 18: goods made of leather or imitations of leather not included in other classes, namely, valises, traveling bags, * traveling sets for containing cosmetics, * shopping bags, shoulder bags, brief cases, pouches; fine leather goods, namely, pocket wallets, purses, key cases, business card cases, credit card cases. |
|  | 2,773,107 | October 14, 2003 | IC 014: jewelry including ((rings,)) ((earrings,)) cuff links, bracelets, ((charms,)) necklaces, ((and medallions;)) horological and chronometric instruments and apparatus, namely, watches.<br><br>IC 018: travel bags, travel bags made of leather; luggage trunks and valises, garment bags for travel, vanity-cases sold empty; rucksacks, shoulder bags, handbags; attache-cases, briefcases, drawstring pouches, pocket wallets, purses, umbrellas, business card cases made of leather or of imitation leather, credit card cases made of leather or of imitation leather; key holders made of leather or of imitation leather.<br><br>IC 025: clothing, namely, ((shirts, T-shirts,)) belts, scarves, neck ties, shawls, ((skirts, )) raincoats, overcoats, (( trousers, jeans, pullovers, frocks, )) high-heeled shoes, low-heeled shoes, boots, tennis shoes; (( hats )). |
| LOUIS VUITTON | 2,904,197 | November 23, 2004 | IC 014: jewelry, namely, rings, earrings, cuff links, bracelets, charms, necklaces, (( tie pins, and |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | medallions; keyrings made of precious metal; )) horological and chronometric instruments, namely, watches, wrist-watches, (( clocks, )), (( alarm clocks; )) straps for wrist-watches and watch cases. |
|  | 3,107,072 | June 20, 2006 | IC 09: spectacles, sunglasses and spectacle cases.<br><br>IC 14: jewelry, namely, rings, earrings and ear clips, (( cuff links, )) bracelets, charms, necklaces, (( tie pins, )) medallions; horological and chronometric apparatus and instruments, namely, watches, (( watch cases, alarm clocks; )) jewelry boxes of precious metal, their alloys or coated therewith.<br><br>IC 18: leather and imitation leather products, namely, traveling bags, traveling sets comprised of bags or luggage, trunks and suitcases, garment bags for travel purposes; vanity cases sold empty, rucksacks, shoulder bags, handbags, attaché cases, document wallets and briefcases made of leather, pouches made of leather, wallets, purses, key cases, business card cases, credit card cases; umbrellas.<br><br>IC 25: clothing and undergarments, namely, shirts, tee-shirts, belts, scarves, neckties, shawls, skirts, raincoats, overcoats, trousers, denim trousers, dresses, jackets, sashes for wear, (( bathing suits, )) shoes, boots. |
|  | 3,576,404 | February 17, 2009 | IC 18: boxes of leather or imitation leather for packaging and carrying goods, trunks, suitcases, traveling sets comprised of matching luggage, traveling bags, luggage, |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | garment bags for travel, ((vanity cases not fitted, )) toiletry cases sold empty, rucksacks, satchels, handbags, beach bags, leather shopping bags, sling bags, suit carriers, shoulder bags, waist bags, purses, travel cases, briefcases, briefcase-type portfolios, leather pouches, wallets, change purses, key cases, business card cases, calling card cases. |
|  | 4,192,541 | August 21, 2012 | IC 03: soaps for personal use; perfumery; essential oils; cosmetics; creams for the hair, face, and body; lotions for the hair, face, and body; shower and bath gels; shower and bath preparations; shampoos; make-up preparations, namely, foundations, lipsticks, eye shadows, mascara, make-up powder, and nail polish.<br><br>IC 09: sunglasses; spectacles; optical lenses; spectacle cases; telephones; mobile telephones; smart phones; PC tablets; personal digital assistants; MP3 players; accessories for telephones, mobile telephones, smart phones, PC tablets, personal digital assistants, and MP3 players, namely, hands-free kits for telephones, batteries, covers, housings, façades, chargers, hand straps, and neck straps.<br><br>IC 14: jewelry; key rings of precious metal; tie pins; medallions; jewelry boxes; watches; watch bands; alarm clocks; cases for timepieces.<br><br>IC 16: printed matter, namely, pamphlets, catalogs, and books in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; publications, namely, |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | brochures and booklets in the field of travel, luggage, luxury goods, fashion, clothing, sports, the arts; stationery; stationery articles, namely, note pads, writing books, drawing books, calendars, agendas, notebooks, envelopes, letter paper, and index cards; covers for diaries, indexes, and pads; office requisites, namely, letter trays, paper cutters, pencils, inkstands, inkwells, paperweights, pencil holders, pen holders, writing pads, pens, balls, and nibs for pens; postcards; paper labels; newspapers; printed documents, namely, printed certificates.<br><br>IC 18: boxes of leather or imitation leather for packaging and carrying goods; traveling bags; leather traveling sets of luggage; trunks; suitcases; garment bags for travel; vanity cases sold empty; toiletry bags sold empty; backpacks; handbags; attaché cases; leather document cases; wallets; purses; leather key cases; umbrellas.<br><br>IC 24: textiles and textile goods, namely, bath linen, bed linen, table linen, towels, bed covers, textile table cloths.<br><br>IC 25: clothing, namely, underwear, shirts, tee-shirts, pullovers, skirts, dresses, trousers, coats, jackets, belts for clothing, scarves, sashes for wear, gloves, neckties, socks, bathing suits; footwear; headwear. IC 34: cigar and cigarette cases of leather and imitation leather. |
| LOUIS VUITTON | 4,530,921 | May 13, 2014 | IC 09: optical apparatus, namely, binoculars; blank USB sticks; spectacles; sunglasses; spectacle frames; spectacle glasses; spectacle |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|-----------|---------------------|-------------------|----------------------------|
|  |  |  | cases; accessories for telephones, mobile phones, smart phones, tablet devices, PDAs, and MP3 players, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories.<br><br>IC 16: paper bags; boxes of cardboard or paper; cardboard and paperboard envelopes and pouches for packaging; plastic materials for packaging, namely, bags; posters; pamphlets referring to travel; postcards; catalogs featuring luggage, travel accessories, bags, small leather goods, and clothing; paper labels; trading cards; greeting cards; business cards; invitation cards; printed publications, namely, books, newspapers, leaflets, and magazines featuring luggage, travel accessories, purses, small leather goods, and clothing; bookbinding materials; printed photographs; photograph albums; stationery, namely, note pads, desk pads, writing pads, drawing pads, envelopes, note paper; calendars; pocket calendars; note books; telephone indexes; diary covers; diaries; office requisites, namely, letter trays, paper knives, ink stands, inkwells, paper weights, pencil holders, pen holders, pencil tubs, blotting pads, pencils, fountain pens, rubber erasers, pen cases; printing types; printing blocks; table linens of paper.<br><br>IC 25: clothing, namely, pullovers, vests, shirts, tee-shirts, trousers, jackets, suits, coats, rain coats, |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | waterproof jackets, waterproof pants, overcoats, parkas, skirts, dresses, pajamas, dressing gowns, nightgowns, robe, gloves, neck ties, belts for clothing, leather belts, scarves, pocket squares, sashes for wear, shawls, stockings, socks, tights, braces for clothing, suspenders, stoles, underwear, lingerie, bathing suits; headwear; shoes; slippers; boots; half-boots.<br><br>IC 26: buttons; hooks and eyes; shoe buckles; hair accessories, namely, hair pins, barrettes, hair bows, hair clips, hair bands, hair wraps; hair ornaments; brooches for clothing; clothing fasteners, namely, scarf holders. |
| **LV** | 4,614,736 | September 30, 2014 | IC 09: optical apparatus, namely, binoculars; blank USB sticks; spectacles; sunglasses; spectacle frames; spectacle glasses; spectacle cases; accessories for telephones, mobile phones, smart phones, tablet devices, PDAs, and MP3 players, namely, covers, neck straps, neck cords, and bags and cases specially adapted for holding or carrying portable telephones and telephone equipment and accessories.<br><br>IC 16: paper bags, boxes of cardboard or paper, cardboard and paperboard envelopes and pouches for packaging; plastic materials for packaging, namely, bags; posters; pamphlets referring to travel; postcards; catalogs featuring luggage, travel accessories, bags, small leather goods, and clothing; paper labels; trading cards; greeting cards; business cards; invitation cards; printed publications, namely, books, newspapers, leaflets, and |

| Trademark | Registration Number | Registration Date | Class(es) / Relevant Goods |
|---|---|---|---|
| | | | magazines featuring luggage, travel accessories, purses, small leather goods, and clothing; bookbinding materials; printed photographs; photograph albums; stationery, namely, note pads, desk pads, writing pads, drawing pads, envelopes, note paper; calendars; pocket calendars; note books; telephone indexes; diary covers; diaries; office requisites, namely, letter trays, paper knives, ink stands, inkwells, paper weights, pencil holders, pen holders, pencil tubs, blotting pads, pencils, fountain pens, rubber erasers, pen cases; printing types; printing blocks; table linens of paper. |
| | | | IC 26: buttons; hooks and eyes; shoe buckles; hair accessories, namely, hair pins, barrettes, hair bows, hair clips, hair bands, hair wraps; hair ornaments; brooches for clothing; clothing fasteners, namely, scarf holders. |

*See* Decl. of Hadrien Huet ("Huet Decl.") [ECF No. 6-1] ¶ 4.  The Louis Vuitton Marks are used in connection with the manufacture and distribution of quality goods in the categories identified above.  *See id*.

Plaintiff's representative reviewed and visually inspected the detailed web page captures and photographs reflecting various products bearing Plaintiff's trademarks offered for sale through the Internet based e-commerce stores and interactive photo album operating under Defendants' seller identification names identified on Schedule "A" ("Seller IDs") and determined the products were non-genuine, unauthorized versions of Plaintiff's products.  *See id*. ¶¶ 12–13.  Based on its investigation, Plaintiff alleges Defendants have advertised, promoted,

offered for sale, or sold goods bearing what Plaintiff has determined to be counterfeits, infringements, reproductions, or colorable imitations of the Louis Vuitton Marks. *See id.;* Am. Compl. ¶¶ 7–14, 24. Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the Louis Vuitton Marks. *See* Huet Decl. ¶¶ 9, 12–13.

### B. Procedural Background

On January 27, 2022, Plaintiff filed its Complaint and on February 16, 2022, filed its Amended Complaint against Defendants. On January 28, 2022, Plaintiff filed its *Ex Parte* Motion for Order Authorizing Alternate Service of Process [ECF No. 7] ("Motion for Alternate Service"). The Court entered an Order Granting the Motion for Alternate Service on January 28, 2022 [ECF No. 10]. In accordance with the January 28, 2022, Order, Plaintiff served each Defendant with a Summons and a copy of the Amended Complaint via electronic mail and website posting on February 18, 2022. *See* Decl. of T. Raquel Wiborg-Rodriguez ("Wiborg-Rodriguez Decl.") [ECF No. 36-1] ¶ 6; Proof of Service [ECF No. 31].

Defendants failed to file an answer or other response, and the time allowed for Defendants to respond to the Amended Complaint has since expired. *See* Wiborg-Rodriguez Decl. ¶¶ 7–8. To Plaintiff's knowledge, Defendants are not infants or incompetent persons, and the Servicemembers Civil Relief Act does not apply. *See id.* ¶ 9. On March 15, 2022, the Clerk entered default against Defendants [ECF No. 33] for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff now moves the Court for default final judgment against Defendants.

## **LEGAL STANDARD**

A party may apply to the court for a default judgment when the defendant fails to timely respond to a pleading.  FED. R. CIV. P. 55(b)(2).  "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact, is concluded on those facts by the judgment, and is barred from contesting on appeal the facts thus established."  *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (internal quotations omitted) (quoting *Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1205 (5th Cir. 1975)).  However, conclusions of law are to be determined by the court.  *Mierzwicki v. CAB Asset Mgmt. LLC*, No. 14-61998, 2014 WL 12488533, at *1 (S.D. Fla. Dec. 30, 2014).  Therefore, a court may enter a default judgment only if there is a "sufficient basis to state a claim."  *Id*.

Once a plaintiff has established a sufficient basis for liability, the Court must conduct an inquiry to determine the appropriate damages.  *PetMed Express, Inc. v. MedPets.Com, Inc.*, 336 F. Supp. 2d 1213, 1217 (S.D. Fla. 2004).  Although an evidentiary hearing is generally required, the Court need not conduct such a hearing "when . . . additional evidence would be truly unnecessary to a fully informed determination of damages."  *Safari Programs, Inc. v. CollectA Int'l Ltd.*, 686 F. App'x 737, 746 (11th Cir. 2017).  Therefore, where the record adequately supports the award of damages, an evidentiary hearing is not required.  *See SEC v. Smyth*, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005); *PetMed Express, Inc.*, 336 F.Supp.2d at 1217, 1223 (finding an evidentiary hearing unnecessary because plaintiff was seeking statutory damages under the Lanham Act); *Luxottica Group S.p.A. v. Casa Los Martinez Corp.*, No. 14-22859, 2014 WL 4948632, at *2 (S.D. Fla. Oct. 2, 2014) (same).

## ANALYSIS

### A.    Claims

Plaintiff seeks a default judgment for the relief sought in the Amended Complaint, asserting the following claims against Defendants: (1) trademark counterfeiting and infringement under section 32 of the Lanham Act, in violation of 15 U.S.C. section 1114 ("Claim 1"); (2) false designation of origin under section 43(a) of the Lanham Act, in violation of 15 U.S.C. section 1125(a) ("Claim 2"); (3) unfair competition under Florida common law ("Claim 3"); and (4) trademark infringement under Florida common law ("Claim 4").  *See* Am. Compl. ¶¶ 38–63.

#### 1.    Counterfeiting and Infringement

Section 32 of the Lanham Act, 15 U.S.C. section 1114, provides liability for trademark infringement if, without the consent of the registrant, a defendant uses "in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark . . . which . . . is likely to cause confusion, or to cause mistake, or to deceive."  15 U.S.C. § 1114(1)(a).  To prevail on its trademark infringement claim, a plaintiff must demonstrate "(1) that it had prior rights to the mark at issue and (2) that the defendant had adopted a mark or name that was the same, or confusingly similar to its mark, such that consumers were likely to confuse the two."  *Planetary Motion, Inc. v. Techsplosion, Inc.*, 261 F.3d 1188, 1193 (11th Cir. 2001) (footnote and citations omitted).

#### 2.    False Designation of Origin

The test for liability for false designation of origin under 15 U.S.C. section 1125(a) is the same as for a trademark counterfeiting and infringement claim—*i.e.*, whether the public is likely to be deceived or confused by the similarity of the marks at issue.  *See Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 780 (1992) (Stevens, J., concurring in the judgment).

### 3.      Common Law Unfair Competition

Whether a defendant's use of a plaintiff's trademarks created a likelihood of confusion between the plaintiff's and the defendant's products is also the determining factor in the analysis of unfair competition under the common law of Florida. *See Rolex Watch U.S.A., Inc. v. Forrester*, No. 83-8381, 1986 WL 15668, at *3–4 (S.D. Fla. Dec. 9, 1986) ("[I]t is clear that the Court need not find 'actual confusion' . . . . The proper test is 'likelihood of confusion . . . .'").

### 4.      Common Law Trademark Infringement

The analysis of liability for Florida common law trademark infringement is the same as the analysis of liability for trademark infringement under section 32(a) of the Lanham Act. *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1217–18.

### B.      Liability

The well-pleaded factual allegations of Plaintiff's Amended Complaint properly contain the elements for each of the above claims and are admitted by virtue of Defendants' defaults. *See* Am. Compl. ¶¶ 7–14, 24–33, 39–42, 46–50, 54–56, 59–62.   Moreover, the Amended Complaint's factual allegations have been substantiated by sworn declarations and other evidence and establish Defendants' liability for each of the claims asserted.   Accordingly, default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure is appropriately entered against Defendants.

### C.      Relief

Plaintiff requests an award of equitable relief and monetary damages against Defendants for trademark infringement in Claim 1.  The Court analyzes Plaintiff's request for relief as to Claim 1 only, as the judgment for Claims 2, 3, and 4—false designation of origin, common law

unfair competition, and common law trademark infringement—is limited to entry of the requested equitable relief for Claim 1.  *See generally* Mot.

*Injunctive Relief.*  Pursuant to the Lanham Act, a district court is authorized to issue an injunction "according to the principles of equity and upon such terms as the court may deem reasonable," to prevent violations of trademark law.  15 U.S.C. § 1116(a).  Indeed, "[i]njunctive relief is the remedy of choice for trademark and unfair competition cases, since there is no adequate remedy at law for the injury caused by a defendant's continuing infringement."  *Burger King Corp. v. Agad*, 911 F. Supp. 1499, 1509–10 (S.D. Fla. 1995) (alteration in original) (internal quotation marks omitted) (quoting *Century 21 Real Estate Corp. v. Sandlin*, 846 F.2d 1175, 1180 (9th Cir. 1988)).  Injunctive relief is available even in the default judgment setting, *see, e.g., PetMed Express, Inc.,* 336 F. Supp. 2d at 1222-23, because Defendants' failure to respond or otherwise appear makes it difficult for a plaintiff to prevent further infringement absent an injunction.  *See Jackson v. Sturkie*, 255 F. Supp. 2d 1096, 1103 (N.D. Cal. 2003) ("[D]efendant's lack of participation in this litigation has given the court no assurance that defendant's infringing activity will cease. Therefore, plaintiff is entitled to permanent injunctive relief.").

Permanent injunctive relief is appropriate where a plaintiff demonstrates: (1) it has suffered irreparable injury; (2) there is no adequate remedy at law; (3) the balance of hardship favors an equitable remedy; and (4) an issuance of an injunction is in the public's interest.  *See eBay, Inc. v. MercExchange, LLC.*, 547 U.S. 388, 391–92 (2006).  Plaintiff has carried its burden on each of the four factors.

Specifically, in trademark cases, "a sufficiently strong showing of likelihood of confusion [caused by trademark infringement] may by itself constitute a showing of . . . a substantial threat

of irreparable harm." *E. Remy Martin & Co., S.A. v. Shaw-Ross Int'l Imports, Inc.*, 756 F.2d 1525, 1530 (11th Cir. 1985) (footnote omitted); *see also Levi Strauss & Co. v. Sunrise Int'l Trading Inc.*, 51 F.3d 982, 986 (11th Cir. 1995) ("There is no doubt that the continued sale of thousands of pairs of counterfeit jeans would damage [the plaintiff's] business reputation and decrease its legitimate sales."). Plaintiff's Amended Complaint and the submissions show that the goods produced and sold by Defendants are nearly identical to Plaintiff's genuine products, and consumers viewing Defendants' counterfeit goods post-sale would actually confuse them for Plaintiff's genuine products. *See, e.g.*, Am. Compl. ¶ 25 ("The net effect of Defendants' actions is likely to cause confusion of consumers, at the time of initial interest, sale, and in the post-sale setting, who will believe all of Defendants' goods offered for sale in Defendants' e-commerce stores and photo album are genuine goods originating from, associated with, and/or approved by Louis Vuitton.").

Plaintiff has no adequate remedy at law so long as Defendants continue to operate the Seller IDs because Plaintiff cannot control the quality of what appear to be its products in the marketplace. An award of monetary damages alone will not cure the injury to Plaintiff's reputation and goodwill if Defendants' infringing and counterfeiting continue. Moreover, Plaintiff faces hardship from loss of sales and its inability to control its reputation in the marketplace. By contrast, Defendants face no hardship if they are prohibited from the infringement of Plaintiff's trademarks. Finally, the public interest supports the issuance of a permanent injunction against Defendants to prevent consumers from being misled by Defendants' products, and potentially harmed by their inferior quality. *See Chanel, Inc. v. besumart.com,* 240 F. Supp. 3d 1238, 1291 (S.D. Fla. 2016) ("[A]n injunction to enjoin infringing behavior serves the public interest in protecting consumers from such behavior.")

(citation omitted); *World Wrestling Entm't, Inc. v. Thomas*, No. 12-21018, 2012 WL 12874190, at *8 (S.D. Fla. Apr. 11, 2012) (considering the potential for harm based on exposure to potentially hazardous counterfeit merchandise in analyzing public's interest in an injunction).

Broad equity powers allow the Court to fashion injunctive relief necessary to stop Defendants' infringing activities. *See, e.g., Swann v. Charlotte-Mecklenburg Bd. of Educ.*, 402 U.S. 1, 15 (1971) ("Once a right and a violation have been shown, the scope of a district court's equitable powers to remedy past wrongs is broad, for . . . [t]he essence of equity jurisdiction has been the power of the Chancellor to do equity and to mould [sic] each decree to the necessities of the particular case." (citation and internal quotation marks omitted)); *United States v. Bausch & Lomb Optical Co.*, 321 U.S. 707, 724 (1944) ("Equity has power to eradicate the evils of a condemned scheme by prohibition of the use of admittedly valid parts of an invalid whole." (citations omitted)).

Defendants have created an Internet-based counterfeiting scheme in which they are profiting from their deliberate misappropriation of Plaintiff's rights. Accordingly, the Court may fashion injunctive relief to eliminate the means by which Defendants are conducting their unlawful activities. Appropriate remedies to achieve this end include removing the Seller IDs' listings and images of goods; and requiring that the goods of each Defendant be surrendered to Plaintiff, such that these means may no longer be used as instrumentalities to further the sale of counterfeit goods.

*Statutory Damages.* In a case involving the use of counterfeit marks in connection with the sale, offering for sale, or distribution of goods, 15 U.S.C. section 1117(c) provides that a plaintiff may elect an award of statutory damages at any time before final judgment is rendered in the sum of not less than $1,000.00 nor more than $200,000.00 per counterfeit mark per type of

good.  *See* 15 U.S.C. § 1117(c)(1).  In addition, if the Court finds Defendants' counterfeiting actions were willful, it may impose damages above the maximum limit up to $2,000,000.00 per counterfeit mark per type of good.  *See* 15 U.S.C. § 1117(c)(2).

The Court has wide discretion to determine the amount of statutory damages.  *See PetMed Express, Inc.*, 336 F. Supp. 2d at 1219 (citations omitted).  An award of statutory damages is appropriate despite a plaintiff's inability to prove actual damages caused by a defendant's infringement.  *See Ford Motor Co.*, 441 F. Supp. 2d at 852 (citations omitted) ("[A] successful plaintiff in a trademark infringement case is entitled to recover enhanced statutory damages even where its actual damages are nominal or non-existent."); *Playboy Enters., Inc. v. Universal Tel-A-Talk, Inc.*, No. 96-6961, 1998 WL 767440, at *8 (E.D. Pa. Nov. 3, 1998) (awarding statutory damages where plaintiff failed to prove actual damages or profits).  The option of a statutory damages remedy in trademark counterfeiting cases is sensible given evidence of a defendant's profits in such cases is frequently almost impossible to ascertain.  *See, e.g.*, S. Rep. No. 104-177, pt. V § 7, at 10 (1995) (discussing purposes of Lanham Act statutory damages); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1220 (statutory damages are "[e]specially appropriate in default judgment cases due to infringer nondisclosure") (citations omitted).  This case is no exception.

Here, the allegations of the Amended Complaint and the evidence establish the Defendants intentionally copied one or more of the Louis Vuitton Marks for the purpose of deriving the benefit of Plaintiff's world-famous reputation.  Defendants have defaulted on Plaintiff's allegations of willfulness.  *See* Am. Compl. ¶ 31; *Arista Records, Inc. v. Beker Enters.*, Inc., 298 F. Supp. 2d 1310, 1313 (S.D. Fla. 2003) (finding a court may infer willfulness from the defendants' default); *PetMed Express, Inc.*, 336 F. Supp. 2d at 1217 (stating that upon

default, well-pleaded allegations are taken as true). As such, the Lanham Act permits the Court to award up to $2,000,000.00 per infringing mark on each type of good as statutory damages to ensure Defendants do not continue their intentional and willful counterfeiting activities.

The only available evidence demonstrates that each Defendant promoted, distributed, advertised, offered for sale, and/or sold at least one (1) type of good bearing at least one (1) mark which is a counterfeit of one of the Louis Vuitton Marks protected by federal trademark registrations. *See* Am. Compl. ¶¶ 15, 24–33, 39–42; Huet Decl. ¶¶ 9–13. Based on the above considerations, Plaintiff has asked the Court to award statutory damages in the amount of $1,000,000.00 per mark, per type of good. *See* Mot. [ECF No. 36] at 17. As each Defendant used at least one counterfeit mark on one type of good, Plaintiff requests a statutory damage award in the amount of $1,000,000.00 against each Defendant. *See id.* The award should be sufficient to deter Defendants and others from continuing to counterfeit or otherwise infringe Plaintiff's trademarks, compensate Plaintiff, and punish Defendants, all stated goals of 15 U.S.C. section 1117(c). The Court finds that this award of statutory damages falls within the permissible range under 15 U.S.C. section 1117(c) and is just. *See Fendi S.R.L. v. Joe Bag*, No. 19-61356, 2019 WL 4693677 (S.D. Fla. Aug. 28, 2019) [ECF No. 43] (awarding plaintiff $1,000,000.00 against each defendant); a*didas AG v. Global Online Shopping*, No. 19-61180 (S.D. Fla. 2019) [ECF No. 36] (awarding plaintiff $1,000,000.00 against each defendant); *Louis Vuitton Malletier v. lv2014.skrar*, No. 19-61015 (S.D. Fla. 2019) [ECF No. 40] (awarding plaintiff $1,000,000.00 against each defendant); *Abercrombie & Fitch Trading Co. v. Artemis Gesdy*, No. 19-60287 (S.D. Fla. 2019) [ECF No. 36] (awarding plaintiff $1,000,000.00 against each defendant); *Fendi S.R.L. v. socjmkfn*, No. 19-61356 (S.D. Fla. 2019) [ECF No. 44] (awarding plaintiff $1,000,000.00 against each defendant); *Goyard St Honore v. Agote*, No. 17-

62276, 2018 WL 2006870 (S.D. Fla. Apr. 19, 2018) [ECF No. 49] (awarding plaintiff $1,000,000.00 against each defendant); *Specialized Bicycle Components, Inc. v. 17 No.1-Own*, No. 17-61201, 2017 WL 3016929 (S.D. Fla. July 14, 2017) [ECF No. 44] (awarding plaintiff $1,000,000.00 against each defendant).

## **CONCLUSION**

For the foregoing reasons, Plaintiff is entitled to the entry of final default judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion [ECF No. 36] is **GRANTED.**

Default final judgment and a permanent injunction will be entered by separate order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of March, 2022.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

SCHEDULE "A"
DEFENDANTS BY NUMBER, SELLER ID AND
FINANCIAL ACCOUNT INFORMATION

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 1 | GuangZhouLianJianShi YeYouXianGongSi | A1H5AG9KXTCY1L | B093DPMJLS |
| 2 | Gunbag | ANHBUOHWENL63 | B09183R5CQ |
| 3 | muniuliumashangmao1 | A1RI4JP5Q9FL8I | B08T7C2R2T |
| 4 | Nxsera | AKIZ5H7V8G2YB | B091PYT7XH |
| 5 | QDZYEYXGS | A141NXGQT6MNUB | B0998BDTRM |
| 6 | a138688 | 596364107 | 21472895 |
| 7 | a2019 | 628687912 | 21027388 |
| 8 | a65343777 | 622680208 | 20411671 |
| 9 | ab2019 | 626972133 | 20762509 |
| 10 | abbb2019 | 630578607 | 21024680 |
| 11 | aimeigucci | 630377340 | 21335987 |
| 12 | ameisy | 592684437 | 20782415 |
| 13 | auanss *a/k/a* HIQH QUALITY FASHION BELT S | 518185622 | 20261212 |
| 14 | az2026 | 628678649 | 21199647 |
| 15 | azyf167 | 692794768 | 21423841 |
| 16 | bagsforsale | 664703097 | 21000848 |
| 17 | bagtrade98 | 400427519 | 20651118 |
| 18 | baodanwang8888 | 708518264 | 21655999 |
| 19 | belts8886 | 644128915 | 21570377 |
| 20 | brandbag660 | 604721894 | 21416276 |
| 21 | brandbags1990 | 535995668 | 20960156 |
| 22 | chain_bags *a/k/a* 2021 Saddle Shoulder Bag&Handbag Purse Totes Wallet | 660423303 | 21637827 |
| 23 | chao1989123 | 479505898 | 21293651 |
| 24 | cheaperbag | 639968210 | 21636714 |
| 25 | cmm9642 *a/k/a* cczcz11 | 528319221 | 21462126 |
| 26 | comeinu9 | 408640222 | 13667133 |
| 27 | coocooo88 | 693397325 | 20825923 |
| 28 | coregoal2008 | 493059956 | 13645045 |
| 29 | darcyjewelry | 607827392 | 20740760 |
| 30 | designer_cloth | 575215743 | 21394181 |
| 31 | designer_handbag7 | 619255461 | 21201612 |
| 32 | designer157 | 464442732 | 21209077 |
| 33 | designerbag888 | 691030822 | 21537018 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 34 | designerbagssale *a/k/a* Sen1996 | 627638151 | 21572673 |
| 35 | dhbeststore88 *a/k/a* Lux123 | 499725888 | 21210557 |
| 36 | dhmike | 539135865 | 21107736 |
| 37 | dingdanduoduo888 *a/k/a* LZ Brand Bags | 643271614 | 21134074 |
| 38 | diy06 | 629156134 | 20968322 |
| 39 | dmbag01 | 409691477 | 20953880 |
| 40 | dongtrade | 667672392 | 21625514 |
| 41 | dsq25 | 620705048 | 21577572 |
| 42 | extravagantbag *a/k/a* Top luxury Brand Bag W | 665069457 | 21646912 |
| 43 | fashion16825 | 681901422 | 21665786 |
| 44 | fashion8686 | 488203006 | 21199996 |
| 45 | fashionluxury2020 | 565498587 | 21532937 |
| 46 | fashionwind1 | 587249506 | 21523487 |
| 47 | feichen2 | 559804097 | 21547530 |
| 48 | feng520yao | 588661791 | 21292461 |
| 49 | foncleer | 618015916 | 21154559 |
| 50 | global_bags | 596690687 | 21539323 |
| 51 | globalbelts | 590238390 | 21539587 |
| 52 | gogo_jewelry | 556240674 | 20740710 |
| 53 | good_shop111 | 517594488 | 21099538 |
| 54 | goodhandbags_bags | 414632681 | 20809469 |
| 55 | gubag61 | 706255307 | 21689754 |
| 56 | gucci_sup | 692465700 | 21124101 |
| 57 | gv2021 | 703711249 | 21667525 |
| 58 | gysbags | 635932044 | 21580590 |
| 59 | handbag20190102 | 455712336 | 21254904 |
| 60 | handbag99 | 628682244 | 20788668 |
| 61 | handbagshow | 639639621 | 21299452 |
| 62 | hb_jewelry | 626745028 | 20702866 |
| 63 | hk2019009 | 628986511 | 21181421 |
| 64 | hotbitch | 679143724 | 21545885 |
| 65 | hotsalebags09 | 691298565 | 21654344 |
| 66 | hualonglin | 434632543 | 20289423 |
| 67 | huzhong | 497475035 | 20331007 |
| 68 | internationalbag_11 | 686531314 | 21662655 |
| 69 | jbrs520 | 570773356 | 21103068 |
| 70 | jerseyland020 | 454190387 | 21114155 |
| 71 | jinchai | 704459265 | 21416936 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 72 | join2 | 447901884 | 20249772 |
| 73 | jordanprotomax | 605759537 | 21289155 |
| 74 | juan5518016 *a/k/a* haina378 | 410715155 | 20430182 |
| 75 | juan551806 *a/k/a* fashion bag 01 | 595829508 | 20799586 |
| 76 | julie_bag *a/k/a* Fashionhandbag886 | 628967550 | 21627565 |
| 77 | junyatou66 | 416871154 | 21077863 |
| 78 | jy998 | 567020842 | 21357522 |
| 79 | kaikaixinxinmyt | 528853833 | 21228867 |
| 80 | lacosk | 641869356 | 21154535 |
| 81 | ladybag888 | 585182605 | 21547934 |
| 82 | lisa68688 | 631657517 | 21614248 |
| 83 | liuqi6677 | 634661024 | 21435733 |
| 84 | lixiaojuan2016 | 487560341 | 21014822 |
| 85 | lucky1366 | 628845564 | 20486605 |
| 86 | lucyjewelry | 480557222 | 20740460 |
| 87 | Luxury Designers bags Store | 518864158 | 20779178 |
| 88 | Luxury Sunglasses | 631730582 | 21211052 |
| 89 | luxury_bags01 | 674579563 | 21609122 |
| 90 | luxury8828 | 515548234 | 21433224 |
| 91 | luxurybag_17 | 621559109 | 21593717 |
| 92 | luxurybag116 *a/k/a* vuitton louis bag | 633411083 | 21418987 |
| 93 | lwz2741787 | 529910780 | 20452246 |
| 94 | m13333683348 *a/k/a* LV2020GG2020 | 426083032 | 20980993 |
| 95 | m15138413221 | 485250856 | 21223648 |
| 96 | maike2017 | 504806908 | 20763138 |
| 97 | maizhongbag *a/k/a* Designer Handbags Maizon | 502724522 | 20050014 |
| 98 | marymao6868 | 474763590 | 21127094 |
| 99 | mengqianxun520 | 477260311 | 21104030 |
| 100 | millyzeng | 413066368 | 20288613 |
| 101 | mimi2006 | 516421690 | 21148934 |
| 102 | monogram | 628771025 | 21198470 |
| 103 | moonholder03 | 627113312 | 20812911 |
| 104 | moonowner01 | 627131695 | 20765085 |
| 105 | mtmingtian123 | 654907007 | 21581741 |
| 106 | ny98 | 600640481 | 21269574 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 107 | oketo | 710587598 | 21354112 |
| 108 | origin_seller | 580641687 | 21568884 |
| 109 | s_ernest | 475924213 | 20466406 |
| 110 | sarahandbags | 525244457 | 20747100 |
| 111 | sfdjhj | 527324073 | 14497625 |
| 112 | shoesnumen | 620087961 | 21194739 |
| 113 | shop668899 | 665260671 | 21642222 |
| 114 | sppxcce *a/k/a* Warm Home | 618708876 | 21210548 |
| 115 | ssw007 | 503918119 | 14162905 |
| 116 | tongluowan | 550163370 | 20690367 |
| 117 | tongshiyumaoyi *a/k/a* Fall in love with bags | 570746466 | 21494339 |
| 118 | topsneaker88 | 695028918 | 21624617 |
| 119 | trend_pack | 710730692 | 21689764 |
| 120 | vogobags | 607588673 | 20747089 |
| 121 | vogocm_zb7 | 480893925 | 20740669 |
| 122 | vuitton2018 | 626005180 | 21026146 |
| 123 | vvuitton_03 | 709579594 | 21483167 |
| 124 | wangzhaorui *a/k/a* ACE seller | 558219406 | 19841783 |
| 125 | wanzi188 | 639792361 | 21421249 |
| 126 | wd2011 | 423987259 | 14219372 |
| 127 | wlls10 | 446969764 | 20613253 |
| 128 | wozhuanqian168 *a/k/a* More Designer | 558959817 | 21555583 |
| 129 | wyp0420 *a/k/a* Purse and handbag | 547973081 | 21147825 |
| 130 | yang1866 | 454578220 | 21050789 |
| 131 | yanrucoltd | 659496784 | 21178231 |
| 132 | yj1009 | 646469926 | 20831642 |
| 133 | zengweigdcp *a/k/a* iboutique | 428903291 | 13717197 |
| 134 | zh168996899 | 653831743 | 21639813 |
| 135 | zhao708091 *a/k/a* fashion bag | 608910422 | 21039742 |
| 136 | good2021 Fashion accessories *a/k/a* The beautiful girl Store | 601607640 | 21600038 |
| 137 | haina378 *a/k/a* juan5518016 | 476785175 | 20430182 |
| 138 | Handbag 2021 *a/k/a* wlls10 | 446969764 | 20613253 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 139 | nn5185918 *a/k/a* Delicate handbags | 592684459 | 20510136 |
| 140 | Originalhandbag *a/k/a* Alberthandbagfactory | 610045550 | 20709235 |
| 141 | taiyangyu20200411 *a/k/a* kelekafeibengqiaqia *a/k/a* heqishengcai666 | 639217423 | 21499654 |
| 142 | zxyu | 638186167 | 20720869 |
| 143 | xiaoai707 | 708285058 | 21687226 |
| 144 | xiaohu2 | 680532908 | 21154536 |
| 145 | yuanhao668 | 702140852 | 21478274 |
| 146 | ywwj8633 | 707996592 | 21687178 |
| 147 | Best Factory | | 111820591 |
| 148 | bestfactory *a/k/a* TOP-Gift | | 111819203 |
| 149 | gracelinks | | 111872196 |
| 150 | Hot333 | | 112570602 |
| 151 | hotbags *a/k/a* HOT BAGS | | 111590381 |
| 152 | inseva | | 110863997 |
| 153 | irenefashion *a/k/a* Irene Fashion | | 110227493 |
| 154 | joneed | | 111872207 |
| 155 | keniii *a/k/a* keniiike | | 112630086 |
| 156 | koshope | | 112252961 |
| 157 | KristalAns | | 112184114 |
| 158 | loveshopmine | | 110575333 |
| 159 | luxuryfashionlure | | 111741276 |
| 160 | Markdown | | 111872276 |
| 161 | mineloveshop | | 110564316 |
| 162 | optimalproduct *a/k/a* productoptimal | | 111581495 |
| 163 | searchsimpleluxury *a/k/a* Search Simple Luxury | | 111666739 |
| 164 | 6th Street Market | 5fcfbb660178d216d840cca9 | 604f03f4b8adbb4f90522a55 |
| 165 | AAbdallah | 600146b560874b23ce988d2e | 6031bd3717c115d4efd1b53b |
| 166 | Aceshine | 5fff931a28497b0565ec1454 | 607532889805da007e2325fa |
| 167 | adnaDMFHAJDKHFKA | 6075450f1ef32e15875684af | 60dc06557ac8ba581097b0aa |
| 168 | Alaneyiny shoes | 5f7024a20d783c2681435eb3 | 605f11f6033d3fadd2c50b18 |
| 169 | Always BIG Balloons | 5ffe791841c4fd4005a49945 | 60520b2167e3e5f057eab400 |
| 170 | Amanda Ozard Hair | 60171ce699bcf8605cc54ae8 | 60cc2f3d3e7554f46cd5b9ea |
| 171 | Amos Masonic Lodge | 600c88c2bdd8d7329cb3d121 | 600c88c2bdd8d7329cb3d121 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 172 | AndromedaL | 5fd90ebb686bfae2c89be9c3 | 60ac73faacf8255f1d4ad9e9 |
| 173 | Antojitos Lara | 61539867d23cc4951f56fbe6 | 617dec8c21fb5df614f44e5a |
| 174 | AntonioPascua | 5e7b232fc8cb152fadf4ebfa | 60ac74a6b049cb6a559bbb9d |
| 175 | ashjkdjhjdbhjka | 607146e6fb49a16e02e32157 | 60b87359657a94944b5cd167 |
| 176 | ASporting | 614d086d600a311552251e6b | 6183ef93b547ade4fc5d7aad |
| 177 | Astros Shoes Market | 615da370739530c92719a679 | 61828df8ebd202fa98ab9bab |
| 178 | avalimarti | 5fde092417ba95ce801f4408 | 602a014fa41e40004f4172a0 |
| 179 | aventrepqwjh | 5fdcdecb478bbab14a39107a | 6041d4bd542f13b022e6bb16 |
| 180 | B&T Construction Services | 5ffe713580aa193bc24fdbb1 | 6051785ac24fc2759f295aab |
| 181 | Barbarafw | 5e79974d8d376f4c7697ec3c | 5ff969863191de749fccf6d1 |
| 182 | beauty blog 2021 | 604b6f3bf9ed2c4980457c0b | 617e1daf3afe66bb2f39154d |
| 183 | BeautyD'Jewels | 5ff510546f5aac0255ad3736 | 60516cdd4b8f5b4a2d0f3247 |
| 184 | beixiangsheng2134 | 61653e76d2e635f85050c6dc | 6181ed3f82a948cf4312b4e4 |
| 185 | BestGirlbaby | 6035ca79c54758292bf16f8b | 6054e3bb74e0d52f1d078d66 |
| 186 | Betancourtcovalent | 609679fd8c2bee9858ebd98b | 60bdf708be804d6a1c8cfb13 |
| 187 | Betanzos Store | 5fd90b7f61f56cdc801277ee | 603dd795f742a0a0c68a7d3c |
| 188 | Black Shirts For | 615f6da75edc7fcbec91d834 | 616f8c8788c512e0c4891484 |
| 189 | Blame the Comic | 601f960948097167acc6d616 | 60597d34bf704f1d71f6ce95 |
| 190 | Bobis | 61648e65491a3ed5f55b61bb | 61819525ff02d87bd315e9ef |
| 191 | BocVg | 5ff30e209bf6c800e071d65c | 60272c4ef26f1d00409762b7 |
| 192 | Bomyatho | 615f31d4b10e8dc742df4696 | 6185d3f6eb7617a77e20bd5e |
| 193 | Bresler's Ice Cream | 5fda7af4686bfa631b9be8f9 | 6028b09ab82ffaea83745a2a |
| 194 | Briscobowi | 5fff198880aa1901d94fdad9 | 6061635baaba5c13f82424f3 |
| 195 | Bspq | 60031d72f45fd390aec1135c | 6031bd33f10fa4cce9b397fa |
| 196 | caiyohj5Sha | 607e00a145810298527adb9d | 60bf1299a385d5a0ce202a76 |
| 197 | calif | 5fdc09354097700676885482 | 60275e877b8a8477b15bab6c |
| 198 | CalistaPet | 5ff3e45408a624045a1199c6 | 603dc0f2029c5c6cf541f144 |
| 199 | Carlacra | 609dc99c5a81a21883f9002f | 60c036e53ea693b6690ec4ec |
| 200 | Cedreferto | 60ef9448ebca4c93ef2a6f91 | 61588599b657dee4f5d1e8b4 |
| 201 | Cheap Shot Deal | 600e6e8a6bd67016eca9a614 | 603bb5699cff9d0040002116 |
| 202 | chenmingqian6374 | 615bf04ba6c0e78225462abb | 617619c3cd4c2db0e27c6cd7 |
| 203 | chenqiao2496 | 607673ce521dbe40a6f0169d | 60beff1908d9aac63c3014de |
| 204 | chenyongkang5039 | 6017b3555032bf2324ddeddb | 60225938f89b794716eba458 |
| 205 | cloperty | 5fff61a7b833a13e50e84a60 | 605d59bfe591c4c7261f57a1 |
| 206 | colors king | 5fdbd3bdf88f1c0aaaa9fe1d | 6030b288b1d495b399f7c570 |
| 207 | comercialHHHv2 | 608f1d05850ace6b8518e143 | 60d57a89709c2bc4d9e4ec80 |
| 208 | Cool Crest Miniature Golf | 600111a8338d3228c2e985b8 | 60537264e106889229a18889 |
| 209 | Cosas para Locos | 60943972c54477521c273e42 | 60c081997f5f1766c4260732 |
| 210 | Creativeyou | 60a6fed378924215e807c596 | 60c4c07894afd4a65cc5270a |
| 211 | cuidijianqin | 5f45fda5d9032878c1ee53c1 | 5f48d04d0e5cd60a2e1e81cf |
| 212 | curtimixoriete | 609dcd365a81a2231ff8f8cf | 60adc9e484df5da65013f6f5 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 213 | CYBERSANZ | 5fd1c69dd131c3128d158cb8 | 6030b2d971e0e8ba939833f1 |
| 214 | David D Kettler | 5e9fda56e2fac32f15704173 | 60a23734fa3fe18bd9b88e04 |
| 215 | DeJeans Shop Store | 615cb00dd52a4742fc00c720 | 61828dff0167481845bc0b3a |
| 216 | Delicia C Martin | 5e9bee0a2405fb7838c4a492 | 60629db73eba8f971261ed0e |
| 217 | Deontr | 5f878dfa2ece037da63d4d0c | 6058c263f08d22cc7fda4deb |
| 218 | disson | 5fcbc2e9c68845126b77cd30 | 603dc41cf7c7a86959dd65be |
| 219 | djfiugkjerk | 5e64774e29e7863b00079c9b | 5fa8fd0cea6d77a134d671c7 |
| 220 | DONGYASTAR | 5fd835abf0478e2348fc07af | 5ffea8bd38433f6686b1b366 |
| 221 | Dora M Long | 5e9d39e225c3d4bdb756b3c2 | 606ac7609fdd359adac003f9 |
| 222 | Doramantic | 6053a86cd670a80043d433d6 | 6066eb00ea64513e1483721b |
| 223 | DRECTOF | 6045254dbbf23a9740764d2e | 60693795dd72f41f191e9e55 |
| 224 | Earl Wolf | 5eaa8b877de3fb9669405ac7 | 605f46499e8c523829bda9c4 |
| 225 | edeaUco | 5ff7d416025dd116489eb791 | 602fe7f512de0fb94a77fbbe |
| 226 | el palacio nel | 6045c4f51c8dac068a6020d1 | 605d5860f01153b45bab08ad |
| 227 | electrinmñ | 5fdcdf94e0d646b73e8ddfb7 | 604ebdfa9209c00f4f809d16 |
| 228 | ElizaAK | 5fb5533dfdf86c06df737381 | 6019573e876d4da3e617ef46 |
| 229 | EllaBoggan | 5e78b7532d03ddaa83a07182 | 6094a9442bea825cc31dd426 |
| 230 | Ericgu | 5e8b0c91a7d649fb58da4287 | 6045bb6ee206ebba773cb8a9 |
| 231 | ERJackson | 60103c8ce15502f0ebc11cbc | 6027643da4fcdc8d5ae8bf84 |
| 232 | EsmeraldaBodegon | 5fd98a66379e784cebd62221 | 6039b9d92f05020d10f53222 |
| 233 | esquemaxprt | 5fde7644e3c391352a0884c7 | 6041a58ca90306368bda960e |
| 234 | EugeneJohnson | 5e72196a1c5ae1a398b60a3e | 60557870bbc24aaf49e6fe64 |
| 235 | Fairiprises | 5fe77cb3cd476980f212779b | 6050298f876f902a86c56ebf |
| 236 | Fancy hat | 60c7636d943a7c2a70980ef3 | 618932579d504ba8d43cbbb1 |
| 237 | Fashion poin | 61619521fde20ca6ecebf698 | 617566ac45af9db3ee5a8cb1 |
| 238 | favoure's | 6009968f822b71f0ae04fbf3 | 602f396798772672ddd5762e |
| 239 | FcFelito | 6142887a4553b61eb3d1d9fc | 618779011a88bfa429ac8c13 |
| 240 | FEITIANBA | 5fd0ea6fc23325f3f647d14e | 5ffe99e0516e9d1feefccb3f |
| 241 | Feliz Dia de Hoy | 614c729f14a924f77958bcef | 617b78c324fa44a23ca55973 |
| 242 | Financial Group Max | 615e03873d64db14ccd314f6 | 6184cdd87a71cc1c417aa1ab |
| 243 | Fluxystemsjjm | 5fff10761c90dfc840b93627 | 604d83795897fe78f7af0920 |
| 244 | Forbox | 6096e60dacf3fad13171551d | 60bdf600144bf98837bb9fa0 |
| 245 | Forever Beauty World | 5ff51c2aa7892805d3fe9cc9 | 605046b5cece117695796ba4 |
| 246 | Freedom Solar | 616c8e179b8e3af5c1d09c6d | 61848769ef03d731f79f9af0 |
| 247 | fuBaih | 5ff674eef9406e81756cd8e4 | 602d13d40eb76e004efb647a |
| 248 | Gabrielcandy1 | 609ddf88941c2c33b5462fa8 | 60adc9dbf25acda6ecf91476 |
| 249 | GENGJILONG136 | 6020e298fab23f143f7affb6 | 602d00b1889a6b629328d140 |
| 250 | Gifforn | 5ff675bceccbf08d649c9f77 | 602d13d43eb82b89be7905ed |
| 251 | Glelavold | 5ff932771554980bcc8e86cf | 605068a0359064d26478b060 |
| 252 | Gonne09 | 61088cd94b64f9026cb79578 | 6179694b3edb127322def48f |
| 253 | goodtv | 5fe49d9bcd4769d57212785d | 6041a32673adc649ef597fba |
| 254 | Gorgeous Places Wold | 6020f4e94422081adb2ebce7 | 604d61063a56426eea45b8e2 |
| 255 | GrignonM | 60014a1fc40a6a68245fcfec | 60501ea4700ded0055d76669 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 256 | Grimwade Family | 601f961e64f74456cc3e3b0a | 60597d2bbe95e5020dd4d450 |
| 257 | Gududan Toys | 5e8ff1ceed70bc3dfe345be2 | 5fdebd68f650b93b37d3948a |
| 258 | Hainabaroj | 5fd8166f0efffb21ce83323c | 605ad8066078963925e98632 |
| 259 | handwritings | 601aa41b33e7a169403629c8 | 6031bed4bdd95fd095e83b9f |
| 260 | HDRm | 600304e3f2af0d75c97c66a9 | 603dc0c9d804d46aaf67c221 |
| 261 | HenryEdwardbDxY | 5e8ec42a005c60632cef4c8e | 60adc6cb4261599ced09e8cb |
| 262 | High-end custom shop | 60c053014e086d5afcde9f94 | 61710ca34018d85796394aed |
| 263 | Hisab6348 | 608ac8065ad2f5b6015cbaef | 60c04bfe0ebb06e99af9840e |
| 264 | hrety | 6037b49ba291bb9f00fc6eac | 605d58b4ffc2899e73692b06 |
| 265 | huidaolinqi | 5ed4de19a1aafe0727162071 | 60027a236c457d9fc1fc56de |
| 266 | ibidjp | 5ffe8a672f1ef20241e1f4b2 | 605a6f43282cbf00429e11b9 |
| 267 | iNFINITY Mega Mall | 600f320d69a49fa38e09d566 | 604c2e455079d49a0b627211 |
| 268 | *Dismissed* | | |
| 269 | Ioxjwsye | 600551949581e8097946edab | 6031bd2e767031ba74bcf31f |
| 270 | Jameel | 60a4891702ec4d1e41b7df99 | 60bca9907f1544325ac20104 |
| 271 | JBCSQ | 60094e8f1ea7ac4b1250dbcf | 602a0fcd719f8ae5a2e91477 |
| 272 | Jesus D Batey | 5e9fded6dc8d6e060b37b1ec | 60ac66b9eb1f1581fb81e20c |
| 273 | JFeswe | 6005056a2768a91f07573f8a | 603c833e07608e47138104ba |
| 274 | jhke888 | 5aebfb4260cdb32bbdc6a994 | 5e7398b486682f07c080382d |
| 275 | jiangbin5426 | 60448660035a830b003d6eb4 | 604b432337b93f649f6b41c8 |
| 276 | JimMoorewLhV | 5e93fccc2522bc2dc0cc07d2 | 60ab3cbdaf7b02cd8707a0b7 |
| 277 | JiuGyer | 6005325c282d6319b079c9ed | 604ef436a0b17c9df8ad1e66 |
| 278 | JLJIL | 5ff41366ad7e5433c08b377d | 601c1d2818d6939787e1eb4b |
| 279 | JMccaskill | 60015095c40a6a6e965fd1e6 | 6031bd3d2885fb501e853b3 |
| 280 | Joint Chiropractic | 6020f4d0480971ad48c6db09 | 604d627f2eea1a41ceabd906 |
| 281 | JSprinkles - Connection Coach | 600f336f338f839ecbad7aaf | 60486b09d17c96d0f03caf59 |
| 282 | JuelaconglueCr | 5e6cf2481e19859e782352d8 | 60280d757101ca4cb93550ca |
| 283 | Junglectics0 | 5ff9510600d57e2db4c8813f8d | 605969be765b79a76683a2b3 |
| 284 | Karlys329 | 61673266e36649ed2752e69e | 6183356639d1ff951500461a |
| 285 | Keila cafes | 609ed26dff10506980c9c1f0 | 60c4bb9531a33db611e3e473 |
| 286 | KopHyre | 600528860948730f52deeb65 | 604ef75eb794fe3b67fa9ad1 |
| 287 | koVumah | 5ff3dcf216331c5d6771c0d | 60a501c32a3b6c7d5de961a7 |
| 288 | lacanastilla | 5fb2d83c4e54528d534c9c0b | 6052bb05d44a8ea62f29a989 |
| 289 | latelierdoux | 6085aff659dc64d6cad73342 | 60cb0fc13d6df487186cb473 |
| 290 | LcMcseu | 6004f3392a0e1a0cf925500b | 604ef3d5df95ffbe4c5bf066 |
| 291 | *Dismissed* | | |
| 292 | liaoyubin123 | 5f5f13ccbbe52eac527e3216 | 618b6d0c1d85578bd72d6480 |
| 293 | Libanesa | 5fd13b65c2332543e047d2fa | 6014f5573dbd77a5b5111a96 |
| 294 | Linda S Seal | 5e9d51ea073dc10041d2bd32 | 6076884d7522763e4577d8ab |
| 295 | liwenli7890 | 603ca8d0d7747c0b50082f35 | 604fd9b016f2ef0373040b3d |
| 296 | lopez1 | 5f79207acd233d3a30f87a38 | 605d59a420a143b9ced62027 |
| 297 | *Dismissed* | | |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 298 | Louis O Hall | 5e969b96ca30692ce3131dc7 | 6059d61e1bd52daefc97c1e3 |
| 299 | lrtttpkhopiktopilofkposi['iosdrfhshgdihoro | 6073f0299460391984b83a11 | 60d1434bfee21d7e36de0781 |
| 300 | Lucentmaster | 5fff1158b833a1f095e8497f | 604ef6ca50c59f9def2cfd59 |
| 301 | luohuihui5368 | 60443c2e67b8515fc13796ed | 6057f5f7517b3e8ae73698f9 |
| 302 | Maelstroment | 5fe8b65ba48b426ca4621582 | 60503c0d9679ff42eb7f7c14 |
| 303 | Magician Plays | 6020f4db71884d306bc46e5c | 604d61beb8adbb2be252263c |
| 304 | MalcolmPoppydMwIbZ | 5e92abb97fbade489abd9430 | 60a73b2c8f72ece2d8926594 |
| 305 | Manduda shame | 5e8fe3b811809433a2cbfe66 | 603e79f81d9582daedebf26 |
| 306 | martizamatos | 5fdb60a5ec96e5e4a9e617ea | 6030b2ccd8e121c6289c9717 |
| 307 | marvinrex | 5fdb72a67ac4aa09238a8feb | 602f21d69dacf946748e90c9 |
| 308 | Mege | 60133a17f6c44cf6dab3d99b | 601e631c98a5fe0045db1081 |
| 309 | Melvacoics | 5fdaae625a19df048ddb2536 | 6030b2c11ff433c0088362bc |
| 310 | mengshiyushi | 5f97ca31902c911e81ff7402 | 6049cb585fde9926f6751d17 |
| 311 | Miejuner Shaver | 5e96c231ecbf9d4cd1765e27 | 5fdec319a6df05837f85b4d9 |
| 312 | modabagss | 5f8d9aadeaac3571acc8512f | 60135cf6d957f20054c637d6 |
| 313 | MohammSE | 6010e770a7a050a3e94a0de6 | 603c616e5cdc0a4148b08133 |
| 314 | muk203 | 5f815907c3a3b56f7f8a9416 | 605bfee8966dd45c5a7f306e |
| 315 | Musica de viento | 5fda2a960f281c27ceda9e52 | 6030b2940dde37bba5c762b3 |
| 316 | Myint Moh Khine Store | 600f8ec76e957b281bb11ee1 | 604c2e449209c092e680a2e2 |
| 317 | Myrtle C Willis | 5e9d442e6a410108d7196270 | 605f0f048cfe659ef8f7d838 |
| 318 | MyStore Mommy | 5fd928555f0279fd3c5b9721 | 607e68a1f43124d113ebb709 |
| 319 | Negradecobra | 613ab209a4edbb0015a38372 | 6171225145f8d41d1fc75700 |
| 320 | NioJuie | 600b8b1b8527af10710c5af3 | 604ef46b16f2efcce704068a |
| 321 | Nobil 88 | 5fd33b3c5f852f2db86bfdce | 605478cf912347f8e8bed96e |
| 322 | NOSTALGIA TRUNK | 60c0215e09a1f91681cf042a | 60e08fb3cbe449642dc2bf63 |
| 323 | nrrghjdtu | 5f92a5abb14d70355995b8d8 | 603b4d66d7d929ff3189d27d |
| 324 | OsmondMurrayhJeGn | 5e97e3534ec15b44e6f4c5fb | 60be0e3f63127ba9cfbcec6b |
| 325 | outere'd | 6009a8b1cd02421084dd0209 | 602f398bfe8a027797523123 |
| 326 | Pactodivino | 614b8f6c92d6b8993ce02d32 | 61796948973e0f7389637237 |
| 327 | pangzhanjun2134 | 61653f3427f772537ca454da | 6178bceba091a4e4216af44f |
| 328 | paratisonrie | 5fcffaf70178d2514140ce0e | 604832495869414ea54f9c8e |
| 329 | Peggy J Wilson | 5ea160939d796779f34a5a68 | 6059b934d28e7466562765a0 |
| 330 | perform | 601a93ce33e7a16bf536155f | 6039b69ee77a6f39636ea36a |
| 331 | perxitas | 613e7ad6ada77422a2a66b20 | 616d8a4cf2a189f91707549f |
| 332 | PerZeal | 6033cacec1c48085406471b3 | 60571af318cfc2005765c131 |
| 333 | Pets and fish | 614d01c2b3b038eeda12ec22 | 6181ef5d1619a9e0d88bf3be |
| 334 | *Dismissed* | | |
| 335 | Pirulos | 614b3cc9b20dc251823dd3d5 | 617018338288af6279ad93c8 |
| 336 | plasschuss | 6043bad52d08b7f581e0e8b6 | 60693773adbb0a24527e87f1 |
| 337 | Potter House at One | 600f3676d36698bf43b3d387 | 603c88a5a1e2a852d2b3c983 |
| 338 | Pozuelopress | 60c231b90620cdf911cf8098 | 60dd5fafc62bae401263e7e7 |
| 339 | Probidad | 60b9888b6e64ff324083c9b7 | 60d5b3761d0344c35cba2e1b |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 340 | Prosabor criollo | 6169e9f9459839573456868e | 618a7eb94bf79afe302a9e4f |
| 341 | Qupresa | 614ba92a78fd70fa1ea430a0 | 6176acbad547b797ced78958 |
| 342 | Ragestudius | 5fe0ae09aa32193d495a4282 | 60609f1496ddca40a61dbca7 |
| 343 | rainbow bet | 5fdbd3669514f108ff57b6ed | 603c8b4329141c0522c3a4ed |
| 344 | ReneeRT | 601032408b0ac3e8940aaf57 | 603c855d4ff27f04900c9829 |
| 345 | Renegade Rob Martin | 600be6671c1b0113d52fc884 | 605aa28b8638e0a8b41fbacc |
| 346 | Restaurant by TVB | 601f9484044fbb170a901d0a | 60597d3bbf704f09dff6d7ca |
| 347 | Retjust | 5fd8ec9b56a431c3a2ef12f9 | 60ac73f45e02f274cec6d7ed |
| 348 | rgrthgr | 5f8bc329d74d3ff3d55b294a | 6049cb3edd2c101c84069377 |
| 349 | Rhino Networks | 5fff14e207bb1aff0fb43c52 | 604ef3d4f87dd677f734d274 |
| 350 | rikason423 | 601b4b2e56264405d88a273b | 6034b4184b7bb421fd8efd7b |
| 351 | Robert & Records | 609a1c6218c37156695b1d77 | 60be048c8f5fd091c880bca1 |
| 352 | Robinson Department | 600f8cc006a14631781a36a7 | 603c88e762180b16c919c8ee |
| 353 | roblukxc | 5e34b09fd3fa920034a47a0c | 5f80532e415a2e004169f159 |
| 354 | RockyRocky | 6010c82da4ffab0980761eae | 603c5e685ab927badc915053 |
| 355 | ROSE cA | 6035d30f094bc5435469682c | 60519ba6889431005731f128 |
| 356 | Royal Realty Group brokered | 5ffd61364cb3bf04751ddb0a | 605968f125245ad6fc019764 |
| 357 | Royal Skincare Nigeria | 5dadc3d9f1e3eb83c9911825 | 60cda8e105552f6262174b35 |
| 358 | RULeF | 6002a0c518d554031321445f | 6031bcc3ced929bc710866ca |
| 359 | Runhouse | 5feb4903dfba222e887ec593 | 60597cf6bf704f1e27f6ce05 |
| 360 | sahsgdhasaj | 6046e9a57a526a710e2f85c1 | 6189ebb8b41d65499c65551f |
| 361 | Samess | 5ffdc6716dd2f9f7c0e3f331 | 602cb85810e6a70047194860 |
| 362 | SaraBowen | 5e72197c57b01084c07864f3 | 60557701645b88aae9677935 |
| 363 | SarahGV | 600ec408338f832d4fad78b1 | 6043111a5b2153b4e9ab7bcd |
| 364 | secuelastr | 600023eb65a1185df2885b89 | 604870d3a781abdb10ff155c |
| 365 | Seedtronicsgana | 5fff469338433f264ab19f6b | 60617018bbbda4eb92130bfc |
| 366 | sevi | 60b1bb2dca732dcd1739645c | 60d5b2da39be4ea6d11c322b |
| 367 | shendengping4231 | 615939b44534e923be1224d1 | 618103f54c338950cd3f0405 |
| 368 | shenyongkang3712 | 60810925a5910965574bac79 | 60cc0af2a068b4ab2af3babf |
| 369 | siclomteorpj | 5fdc9d2d57073e6b77375966 | 605220e87164f0315b005a16 |
| 370 | sjhmhvsdh | 60a5dcb5e26d132b803f47ec | 60bd05dde8752f005494b054 |
| 371 | spadanibeauty | 60c428f3151f5c6338c6f532 | 60d6b47e69dece887fbafa95 |
| 372 | Spideradioxy | 5fff18091c90df0244b8ef57 | 60616353ac795f7cb6c7f9c8 |
| 373 | Spinell | 601a182461bfec1cd9617029 | 604d838a9643eac1f4ed1528 |
| 374 | ssbuvukg | 5fb28b5ca720808d87acf727 | 5fc5ddbe44a3155c914cef92 |
| 375 | START1979 | 5f74a2fc814fdab10f15e854 | 6000106dcd18c087a2b7b3da |
| 376 | Steiuphen | 5ffe8bfd41c4fd551da4993d | 606accc1d6c7dff508a3c262 |
| 377 | STORE NO 10 | 5f0b68ebb84da0a157aaa17a | 5f48342f559a7ed0d8601696 |
| 378 | sucguyjvbu | 5fc8a1fafaa52027f9e909d3 | 60238c3319f8711532aef1dc |
| 379 | Suefuohni Shirts | 5e8ec135a660a65f6f47c496 | 5fdeb974546c585cd713416c |
| 380 | Suitable Vesture | 60bf726d6ac9e0be34a8e8eb | 60c187995cece999e8a25f03 |
| 381 | Sunshine Microsystems | 5fff143b80aa19fb694fdae9 | 604ef3d5df95ffbe4c5bf066 |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 382 | szlasdnbabnz | 604190efc6c56c1213160468 | 604f21b2f5bb47275244a6cc |
| 383 | ThemisEZ | 5ff3e10f4063af0458d6246f | 603dc0ea471bb6677d4a36d9 |
| 384 | TheodoreWilkerson | 5e7ad23faa904c0b418e9b72 | 605d34240308f04d8796b411 |
| 385 | ThomasRidenour | 5e7ad232f33be138669a0fe1 | 605d3377f968754bc9362953 |
| 386 | Thuillier-Scott | 5ff406aa830ece0a7eafff81 | 60289947f680642ff8526d8a |
| 387 | Tijeretazo Center Store | 614307fd32e5114840f1e11f | 6181fef6da48f17d9bd797f3 |
| 388 | Tineritas | 61682d7a5600f3d9e4019de7 | 618145e5e3dacdd067ba9bee |
| 389 | tracy baldwin | 5e60da8580815107c021c6b2 | 605d72f4569b1f014e0ebac4 |
| 390 | tuieugn | 5ff3d540a634901c2eed8085 | 603b83a7f04ff1404e75acb1 |
| 391 | Ultra_Market | 5fef6f271365bab003f2a938 | 5ff89bccdf1d6401aa97b63b |
| 392 | Uracim | 5fce18ebed729b689cddefc5 | 60314915870fcbf208c6fe8e |
| 393 | vbnftysy | 5f83e82f3cc970284cae5e2e | 60cc358c26b55107ab42c363 |
| 394 | victory/pa | 5fceeca7de9bb7807949c6675 | 605415dd22004bceaa31e54c |
| 395 | Virgen Sport | 6095b69230cddfa4e0b6db28 | 60adc9cc477cc4a9020d181b |
| 396 | VIYEC BUY | 61713d38d843a222cf325da7 | 6178ef533ed6319c5eef7249 |
| 397 | vjuiusyvu | 5f8a8abad74d3f5ef55b281f | 60216a0c1713dc00539ab5a8 |
| 398 | vogelvri852 | 5fcce4a554f7cfe1505b7781 | 6046377d54b2b3016a728690 |
| 399 | Voidwheels | 5ff1e951c9720af588e72e10 | 604ef70ddf95ffc14d5bf3b2 |
| 400 | wangjingxuan3927 | 61541e586e75892274f71810 | 616cf1b7278ba888c5a1450e |
| 401 | wangtan0923 | 5feaca46dfba228d357ec79f | 60ac828ea3ae278c9e88946e |
| 402 | wangyonggang7885 | 6098fc9651abb261dbebbffc | 60bf8fc482db7be7539315f5 |
| 403 | wapaboutique | 5fd61539c44130d295d2c7d2 | 603dd794a79062a107354f58 |
| 404 | Whitney Miller | 600f31f5611602b6c3bef2b3 | 603dc3edc3040c6e6236de6d |
| 405 | Witard | 608731856e9049dc559370a3 | 60ab714f41fe0d533919936c |
| 406 | World of Smoke & Vape | 616c9dcda034b2c9aad080b2 | 6181ef692d9b44f9e412b4a1 |
| 407 | wumeihuan4039 | 61790052f16b325cbd217d75 | 6189d7426fbafeb23482ad03 |
| 408 | xielinlin987es3 | 606eb24c61ea488250741e02 | 609b5089c3da45fa064adf12 |
| 409 | xijuan3607 | 60cae6746fead4f2ac5a8be7 | 60dec2147ec06aa454ac9098 |
| 410 | xinwu8542 | 60444804bc47190ac4cb7 | 604b43a9eaeb8f7e9cc3ad04 |
| 411 | xuqinhe9370 | 617b8bae1721600b377e1d94 | 6189d74a26ff5f82638de94c |
| 412 | yanhaiyou5632 | 6044559df737912289f69b20 | 604b43c88ee934745ef5a8eb |
| 413 | yantianwei4056 | 6157df53269959cf4527f129 | 6182a71dd532db848467da94 |
| 414 | YEFFSHOP | 5fa2e30b05c0e15dd9f78ed8 | 6030877d7d11a156463bc66c |
| 415 | YGYoua | 5fcda3e3e1bfa81fea0a1262 | 6051f7e58d6141cd3c073425 |
| 416 | yonierkill | 603f074a434e4f280d406337 | 605d591c3a6269b8e58e1c88 |
| 417 | Yutongp | 5fd8ae0deea85075e6d8512f | 60ac7405999a370815f9b9b7 |
| 418 | Yzutwe | 60055cf3ee214d0382e480b2 | 60504604cd18ab7b4e2a5db5 |
| 419 | Zaragonzo | 6158e8380263268ea20a6589 | 616f8ae471f66f1e1f10cdbd |
| 420 | zelio | 5fb032671f5a372094663510 | 604402bd33ac3630d296b0f2 |
| 421 | zhangguohong6678 | 60053fc91f399b4c04479471 | 618a1b44cd145da80002953d |
| 422 | zhanglonghui5520 | 609761a430cddf193fb6dab3 | 60c1e13eb8540b29fb88d398 |
| 423 | zhangshen5823 | 604488f10edee60e08b392c6 | 604b43e2f079da6d1c89ac87 |
| 424 | zhangxuehan5263 | 6044853d446ac708d932b04e | 604b43f33d1e217af8e81c3f |

| Def. No. | Defendant / Seller ID | Financial Account Information / Merchant Number | Infringing Product Number / Contact E-mail Address |
|---|---|---|---|
| 425 | zhengxiangyan | 5e644eb710b835f956c5980f | 5faa30dc03e007bed8520db1 |
| 426 | zhouyjuxing;k | 5e96a83f1749e60504530c95 | 5fdec06e125bd39d61cd66c5 |
| 427 | zhushenliang5426 | 6044493ef737911ab9f69a96 | 604b44200c1837791aca8419 |
| 428 | reordershop | boilingfire88@yahoo.com<br>lovelan.xie@hotmail.com | service@iordershop.com |